# FEINSTEIN & NAISHTUT, LLP

ATTORNEYS AND COUNSELLORS AT LAW

211 SOUTH RIDGE STREET
RYE BROOK, NEW YORK 10573
TEL 914.939.0002 · FAX 914.939.4253
www.FandNattorneys.com

Steven D. Feinstein
Norman B. Naishtut

---

Christina DiTore, Paralegal

---

Of Counsel
Robert L. Byrne

**Via ECF and Email**

Hon. Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted. The initial conference scheduled for 11/18/2020 is adjourned to 12/17/2020 at 9:30 a.m. Plaintiff is permitted to move for default judgment prior to 12/17/2020. Strict adherence to my Individual Practices concerning default judgment procedure is required. Plaintiff is further directed to serve a copy of this Order on defendants and file proof of such service on the docket.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> November 17, 2020

Re:   **Dome-A-Nation, LLC v. Blue Sky Int'l & Turf Nation, Inc.**
      Case no: 20-CV-05862

---

Dear Justice Halpern:

You may recall that we represent the plaintiff Dome-A-Nation, LLC in the above matter. Further to your Order dated November 10, 2020, please be advised that we are not in communication with defendants Blue Sky International, Inc. and/or Turf Nation, Inc. As a result, please accept this correspondence as my request to adjourn the initial pretrial conference currently scheduled for November 18, 2020 at 10:30 a.m.

I also respectfully request permission to present to Your Honor an Order to Show for default judgment on a date prior to the next scheduled conference.

Thank you for your consideration of the foregoing.

Very truly yours,
Feinstein & Naishtut, LLP

Steven D. Feinstein

SDF/cd
CC:   Mark T. Sophocles, Esq. (via email)
      Sid O'Nicholls (via federal express)