UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DOME-A-NATION, LLC,

                Plaintiff,

v.                                       **ORDER**

BLUE SKY INTERNATIONAL, INC., et al.,           No. 20-CV-05862 (PMH)

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On November 3, 2021, in light of Plaintiff's failure to appear at the initial conference and failure to take any steps in the action since the filing of the amended complaint, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute. (Doc. 49). Plaintiff, on November 15, 2021, responded to the Order to Show Cause and requested leave to move for a default judgment against Turf Nation. (Doc. 50).  The Court granted Plaintiff's request and directed Plaintiff to file a motion for default judgment in accordance with the applicable Rules and this Court's Individual Practices by January 14, 2022. (Doc. 51).

To date, Plaintiff has not taken any steps to comply with the Court's order and move for a default judgment. Plaintiff has not filed anything in this case, or otherwise communicated with the Court. Accordingly, by February 2, 2022, Plaintiff shall either: (1) file its motion for default judgment in accordance with the applicable Rules and this Court's Individual Practices, or (2) advise the Court in writing why Plaintiff has not complied with the Court's deadline. If, by February 2, 2022, Plaintiff fails to either move for default judgment or show cause in writing for its failure to comply with the January 14, 2022 deadline, Plaintiff's Amended Complaint shall be dismissed for failure to prosecute.

Dated:  White Plains, New York
        January 26, 2022

SO ORDERED:

_____

Philip M. Halpern
United States District Judge